## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

DONALD RYDELL,

      Petitioner,

      v.

WARDEN ARVIZA,

      Respondent.

CIVIL ACTION NO. 3:25-cv-01567

(SAPORITO, J.)

## ORDER

Donald Rydell filed this petition from FCI-Allenwood Medium pursuant to 28 U.S.C. § 2241, challenging a disciplinary sanction that he received there. *See* (Doc. 1). Because Rydell is no longer in Bureau of Prisons ("BOP") custody, the Court dismisses the petition as moot.

A *habeas corpus* petition is moot when it no longer presents a "case or controversy" under Article III, Section 2, of the Constitution. *Spencer v. Kemna*, 523 U.S. 1, 7 (1998) (citations omitted); *see also Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698-99 (3d Cir. 1996) ("If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able to grant the requested relief, the case must be dismissed as moot."). Therefore, a *habeas* petition "generally becomes moot when a

prisoner is released from custody before the court has addressed the merits." *DeFoy v. McCullough*, 393 F.3d 439, 441 (3d Cir. 2005).

Rydell sought to contest a disciplinary sanction and requested the preservation of evidence, expungement of the sanction from his prison record, and the restoration of good conduct time, which he claimed would lead to his immediate release. However, public records show that Rydell has been released from BOP custody (Doc. 11); therefore, any challenge to his disciplinary sanction or good time credits "is not redressable by a favorable judicial decision." *See Scott v. Holt*, 297 F. App'x 154, 156 (3d Cir. 2008). Rydell has not responded to the Court's order to show cause why the petition should not be dismissed. *See* (Doc. 11).

Accordingly, **IT IS HEREBY ORDERED** that the petition (Doc. 1) is **DISMISSED** as moot, and the Clerk is **DIRECTED** to close the case.

Dated: July 30, 2026                    *s/Joseph F. Saporito, Jr.*
                                        JOSEPH F. SAPORITO, JR.
                                        United States District Judge

- 2 -